IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 20 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:19cr173 CWR

MELECIA BALTAZAR-SEBASTIAN  42 U.S.C. § 408(a)(7)(B)
a/k/a Amparo Sanchez

**The Grand Jury charges:**

On or about August 5, 2015, in Scott County, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **MELECIA BALTAZAR-SEBASTIAN a/k/a AMPARO SANCHEZ,** for the purpose of obtaining for herself and any other person anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to her, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to her.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

_____
D. MICHAEL HURST, JR.
United States Attorney

A TRUE BILL:
S/SIGNATURE REDACTED
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this, the 20th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE