PRAECIPE FOR WARRANT



# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:19cr173 CWR

MELECIA BALTAZAR-SEBASTIAN
a/k/a Amparo Sanchez
(Wherever Found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 20th day of August, 2019.

This the 20th day of August, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: _____
SHUNDRAL H. COLE
ASSISTANT UNITED STATES ATTORNEY
MSB # 103003

Warrant issued:_____

(SC/HSI)