IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                        CRIMINAL NO. 3:19-cr-00173-CWR-FKB

MELECIA BALTAZAR-SEBASTIAN
a/k/a Amparo Sanchez

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Now comes D. Michael Hurst, Jr., United States Attorney, in and for the Southern District of Mississippi, and respectfully represents:

That MELECIA BALTAZAR-SEBASTIAN, A-Number 201 942 273, is presently in custody of the Jena/LaSalle Detention Facility, Jena, Louisiana, and is a defendant in this cause, and her presence is required in the Southern District of Mississippi at Jackson, Mississippi, on October 10, 2019, at 9:00 a.m., for certain proceedings in regard to the above-mentioned criminal action wherein she is a defendant.

WHEREFORE, premises considered, petitioner prays that a Writ of Habeas Corpus Ad Prosequendum issue directing the Jena/LaSalle Detention Facility, Jena, Louisiana, to deliver the body of MELECIA BALTAZAR-SEBASTIAN, A-Number 201 942 273, to any United States Marshal, or his deputy or any authorized law enforcement officer, and have her there on October 10, 2019, at 9:00 a.m., for certain proceedings and thereafter at such times and places as required by the Court until the case is disposed of, and thereafter any United States Marshal, or his deputy or any authorized law enforcement officer, shall return the defendant to the Warden aforesaid under safe and secure conduct.

And your petitioner further prays for such other and further orders as may be necessary in the premises.

Date:   September 25, 2019                    Respectfully submitted,

                                              D. MICHAEL HURST, JR.
                                              United States Attorney

                                      By:

                                              *s/ Shundral Cole*
                                              Shundral Cole
                                              Assistant U.S. Attorney
                                              MS Bar # 103003
                                              1575 20th Avenue
                                              Gulfport, MS 39501
                                              Ph: (228)563-1560
                                              Fax: (228)563-1571
                                              Shundral.Cole@usdoj.gov